UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

----------------------------------------------------------------------------x

STEVEN MAY, JR.
320 23rd Street S
Apt. 901
Arlington, VA 22202                                      Case No: _____

                              Plaintiff,




        -v-

CONTRACT CALLERS, INC.
501 Green Street
3rd Floor, Suite 302
Augusta, GA 30901

                              Defendant.
----------------------------------------------------------------------------x


## COMPLAINT

        Plaintiff Steven May, Jr. ("Plaintiff") by and through his attorneys, Meridian Law, LLC,

as and for his Complaint against Defendant Contract Callers, Inc. ("Defendant") respectfully sets

forth, complains and alleges, upon information and belief, the following:


## JURISDICTION AND VENUE

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C.

    § 1692 *et seq*. and 28 U.S.C. § 2201.

2.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

3.  Plaintiff brings this action for damages arising from the Defendant's violation(s) of 15 U.S.C.

    § 1692 *et seq*., commonly known as the Fair Debt Collections Practices Act ("FDCPA").


## PARTIES

4.  Plaintiff is a resident of the State of Virginia, County of Arlington, residing at 320 23rd Street S, Apt. 901, Arlington, VA 22202.

5.  Defendant is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692(a)(6) and used in the FDCPA, with an address at 501 Green St., 3rd Fl., Ste 302, Augusta, GA 30901.

## FACTUAL ALLEGATIONS

6.  Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

7.  On information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

8.  The Alleged Debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

9.  On or around July 13, 2016, Defendant sent Plaintiff a collection letter that included collection costs for online payments.

10. Plaintiff did not agree to such a collection charge and the $5.00 collection fee far exceeds any reasonable costs of collection for this account.

11. The addition of this collection fee by Defendant, which was not authorized by the agreement creating the debt or permitted by law, was an attempt to collect an amount not owed by Plaintiff and misleading and deceptive.

12. As a result of Defendant's improper debt collection practices described above, Plaintiff has been damaged.

## FIRST CAUSE OF ACTION
### (Violations of the FDCPA)

13. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

14. Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692e, 1692e(5), 1692e(10), 1692f, and 1692f(1).

15. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from the Defendant as follows:

a)   For actual damages provided and pursuant to 15 U.S.C. § 1692k(a)(1);

b)   For statutory damages provided and pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c)   For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

d)   For a declaration that Defendant violated the FDCPA; and

e)   For any such other and further relief, as well as further costs, expenses and

disbursements of this action as this Court may deem just and proper.


_/s/Aryeh E. Stein_
Aryeh E. Stein, VA Bar No. 45895
**Meridian Law, LLC**
600 Reisterstown Rd, Suite 700
Baltimore, MD 21208
Tel. 443-326-6011
Fax 410-653-9061
astein@meridianlawfirm.com
*Attorneys for Plaintiff*